UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAUBRICIO MURILLO JIRON NAHUN, A-201-708-786,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No. 1:26-cv-04398-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 12, 15)

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 15. Petitioner filed objections to the findings and recommendations. ECF No. 15. However, Petitioner's objection acknowledges that Petitioner was detained under 8 U.S.C. § 1226(c)(1)(E) and his detention began on June 2, 2026. ECF No. 16. The magistrate judge, therefore, did not err in findings that Petitioner's detention has not grown unconstitutionally prolonged such that he would be entitled to a bond hearing. Thus, Petitioner's objections do not provide a basis upon which to reject the

findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED as follows:

1. The findings and recommendations (ECF No. 15) are ADOPTED;

2. Petitioner's request for a preliminary injunction (ECF No. 12) is DENIED;

2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dena Coggins
United States District Judge